10:57 AM
04/25/16
Cash Basis

# productionpeople, inc.
## Profit & Loss
### January 1 through April 25, 2016

|  | Jan 1 - Apr 25, 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Discount - Non Profit | -5,702.51 |
|     Discount - Sponsorship | -1,600.00 |
|     Event Revenue | 900,556.02 |
| **Total Income** | 893,253.51 |
| **Cost of Goods Sold** | |
|   **Direct Costs** | |
|     **Event Expenses** | |
|       **Contract Labor** | |
|         Airfare | 2,959.37 |
|         Misc travel expenses | 217.18 |
|         Overtime | 3,684.84 |
|         Per Diem | 8,406.19 |
|         Regular Labor | 110,210.44 |
|         Travel | 5,170.31 |
|         Contract Labor - Other | 3,500.00 |
|       **Total Contract Labor** | 134,148.33 |
|       Damages and Losses | 7,475.12 |
|       Equipment Rental | 91,488.84 |
|       Repairs and Maintenance | 90.00 |
|       Shipping and Postage | 154.96 |
|       Supplies and Consumable | 9,408.64 |
|       **Travel** | |
|         Airfare | 3,254.80 |
|         Ground transportation | 744.19 |
|         Hotel | 54.82 |
|         Meals and Entertainment | 643.08 |
|         Parking/Tolls | 78.00 |
|       **Total Travel** | 4,774.89 |
|     **Total Event Expenses** | 247,540.78 |
|     **Sales Expenses** | |
|       Credit Card Fee | -2,260.17 |
|     **Total Sales Expenses** | -2,260.17 |
|     **Warehouse Expense** | |
|       **Contract Labor** | |
|         Overtime | 555.38 |
|         Contract Labor - Other | 4,360.09 |
|       **Total Contract Labor** | 4,915.47 |
|       Materials | 480.00 |
|       Rent | 7,750.65 |
|       Repairs and Maintenence | 1,552.08 |
|       Shipping, Postage and Freight | 2,010.80 |
|       Supplies | 965.91 |
|       Utilities | 21.16 |
|     **Total Warehouse Expense** | 17,696.07 |
|   **Total Direct Costs** | 262,976.68 |
|   **Entertainment/Talent** | 7,528.21 |
| **Total COGS** | 270,504.89 |
| **Gross Profit** | 622,748.62 |
|   **Expense** | |
|     Equipment Rental | -5,507.46 |
|     **General & Adminstrative Expens** | |
|       Advertising and Marketing | 1,100.00 |
|       Bank Service Charges | 2,601.00 |
|       Client Relations | 133.78 |
|       Dues and Subscriptions | 2,140.34 |
|       Fuel | 1,133.72 |

10:57 AM
04/25/16
Cash Basis

# productionpeople, inc.
## Profit & Loss
### January 1 through April 25, 2016

|  | Jan 1 - Apr 25, 16 |
|---|---:|
| **Insurance** | |
|     Auto | 130.51 |
|     New York Life Ins | 5,837.02 |
| **Total Insurance** | 5,967.53 |
| **Interest Expense** | |
|     Finance Charge | 243.46 |
|     Penalties and Interest | 68.25 |
| **Total Interest Expense** | 311.71 |
| **Late Fee** | 1,121.55 |
| **Legal and Professional** | |
|     Accounting | 1,185.00 |
|     Consulting | 3,100.00 |
|     Legal | 15,000.00 |
| **Total Legal and Professional** | 19,285.00 |
| **Licenses and Permits** | 50.00 |
| **Meals and Entertainment** | 2,007.29 |
| **Office Expenses** | |
|     Computer Expense | 219.00 |
| **Total Office Expenses** | 219.00 |
| **Payroll Expense** | |
|     Group Health/Life Insurance | |
|         Dental Insurance | 740.31 |
|         Group Health Ins - Aetna | 8,250.47 |
|     Total Group Health/Life Insurance | 8,990.78 |
|     Salaries & Wages | 886.93 |
| **Total Payroll Expense** | 9,877.71 |
| **Rent** | |
|     Repairs and Maintenance | 90.00 |
| **Total Rent** | 90.00 |
| **Shipping and Postage** | 476.25 |
| **Supplies** | 1,144.04 |
| **Taxes** | |
|     Property Taxes | -292.62 |
| **Total Taxes** | -292.62 |
| **Telephone** | 4,846.93 |
| **Travel** | |
|     Airfare | 99.00 |
|     Ground transportation | 331.95 |
|     Parking/Tolls | 134.45 |
| **Total Travel** | 565.40 |
| **Utilities** | 4,177.05 |
| **General & Adminstrative Expens - Other** | 2,343.97 |
| **Total General & Adminstrative Expens** | 59,299.65 |
| **Internet and Fax Services** | 185.00 |
| **Miscellaneous** | -400.00 |
| **Payroll Expenses** | 172,489.63 |
| **Reconciliation Discrepancies** | 58.04 |
| **Repairs & Maintenance** | 267.63 |
| **Total Expense** | 226,392.49 |
| **Net Ordinary Income** | 396,356.13 |
| **Other Income/Expense** | |
|     Other Income | |
|         Andrew - Repay personal Visa | -837.57 |
|         WC Insurance - Vendors | 3,542.66 |
|     Total Other Income | 2,705.09 |

**10:57 AM**
**04/25/16**
**Cash Basis**

# productionpeople, inc.
# Profit & Loss
### January 1 through April 25, 2016

|  | Jan 1 - Apr 25, 16 |
|---|---:|
| **Other Expense** | |
|     Other Expenses | 30.00 |
| **Total Other Expense** | 30.00 |
| **Net Other Income** | 2,675.09 |
| **Net Income** | **399,031.22** |